IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES E. HOWINGTON, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 11-00136-KD-M |
| | ) |
| **SMURFIT-STONE CONTAINER CORPORATION, and SMURFIT-STONE CONTAINER CORPORATION PENSION PLAN FOR HOURLY EMPLOYEES,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date granting summary judgment in favor of defendants Smurfit-Stone Container Corporation and the Smurfit-Stone Container Corporation Pension Plan for Hourly Employees and denying summary judgment at to plaintiff James E. Howington, Jr., it is hereby ORDERED, ADJUDGED and DECREED that plaintiff's claims against defendants are **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the 30th day of September 2013.

　　　　　　　　　　　　　　　　s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**